```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
                   NORTHERN DIVISION
                      AT COVINGTON
```

CIVIL ACTION NO. 16-143 (WOB-JGW)

SANDRA LYNN GENCO                                        PLAINTIFF

VS.                              ORDER

YWCA OF GREATER CINCINNATI,
INC.                                                    DEFENDANT

    This is an employment discrimination case before the Court on the motion of the defendant YWCA Greater Cincinnati, Inc. to dismiss this case for lack of personal jurisdiction in Kentucky. (Doc. 16). The plaintiff has filed a response (Doc. 18), and defendant has filed a reply (Doc. 22). The Court concludes that oral argument is unnecessary.

    Plaintiff alleges that she was required to work many hours at home in Kentucky as an employee of the defendant. (Compl. ¶ 9). She asserts claims against defendant for intentional infliction of emotional distress, wrongful termination, age discrimination, and fraudulent misrepresentation.

    Essentially, plaintiff argues that defendant has sufficient contacts with Kentucky because plaintiff's own work at home should be considered actions of defendant.

Regardless of the merits of this argument, it appears to the Court that Ohio would be the more convenient forum since the vast majority of the witnesses and business records are in Ohio.

Therefore, the Court will deny the motion to dismiss but will transfer the case to the United States District Court for the Southern District of Ohio at Cincinnati, pursuant to 28 U.S.C. § 1404(a).

Therefore, having reviewed this matter, and being sufficiently advised,

**IT IS ORDERED** that:

(1) Defendant's motion to dismiss (Doc. 16) be, and is hereby, **DENIED**; and

(2) This case be, and is hereby, **TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, CINCINNATI.**

This 7th day of July, 2017.



Signed By:
William O. Bertelsman WOB
United States District Judge