UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:17-0462 (WOB)

SANDRA LYNN GENCO                            PLAINTIFF

VS.                            <u>JUDGMENT</u>

YWCA OF GREATER
CINCINNATI, INC.                            DEFENDANT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANT'S FAVOR**. This matter is stricken from the docket of this Court.

This 22nd day of August, 2018.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge